COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Christopher Augustine Gabel

Appellate case number:   01-22-00110-CV

Trial court case number:  2018-67980

Trial court:                257th District Court of Harris County

On March 31, 2022, Donald T. Cheatham, counsel for Relator Christopher Augustine Gabel, filed a "Writ of Prohibition" asking this Court to prohibit counsel for Real Party in Interest from engaging in certain actions and to refer the matter to the grievance disciplinary counsel of the Texas State Bar for investigation. We construe this "writ of prohibition" as a motion for sanctions against Real Party's counsel.

The motion for sanctions is **denied**.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                      Acting individually

Date: June 2, 2022